UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Majed Hajbeh,

     Petitioner,                                    Civil No. 25-cv-13581
                                                     Hon. Matthew F. Leitman

v.

Kevin Raycraft, Acting Field Office
Director of Enforcement and Removal
Operations, Detroit Field Office,
Immigration and Customs
Enforcement, et al.,

     Respondents.

_____/

## ORDER GRANTING FEDERAL RESPONDENTS' *EX PARTE* MOTION FOR LEAVE TO PRESENT CLASSIFIED INFORMATION FOR *IN CAMERA* REVIEW

For the reasons set forth in the federal Respondents' brief in support of their motion to submit *ex parte* for *in camera* review a classified document regarding national security, it is hereby ordered that the motion is granted.

**IT IS SO ORDERED**.

                                       s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated:  December 3, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 3, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126