UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAJED HAJBEH,

     Petitioner,

                                    Case No. 25-cv-13581
v.                               Hon. Matthew F. Leitman

KEVIN RAYCRAFT, *et al.*,

     Respondents.

_____/

## <u>ORDER DENYING WITHOUT PREJUDICE PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)</u>

On April 14, 2026, the Court held a status conference to announce its ruling on Petitioner Majed Hajbeh's Petition for a Writ of Habeas Corpus (ECF No. 1). For the reasons stated on the record, the Petition is **DENIED WITHOUT PREJUDICE**.

     **IT IS SO ORDERED.**

                         s/Matthew F. Leitman_____
                         MATTHEW F. LEITMAN
                         UNITED STATES DISTRICT JUDGE

Dated:  June 22, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 22, 2026, by electronic means and/or ordinary mail.

                         s/Holly A. Ryan_____
                         Case Manager
                         (313) 234-5126

1