UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAJED HAJBEH,

     Petitioner,

                                         Case No. 25-cv-13581

v.                                    Hon. Matthew F. Leitman

KEVIN RAYCRAFT, *et al.*,

     Respondents.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of

Respondents and against Petitioner.  Petitioner's Petition for a Writ of Habeas

Corpus is **DENIED** without prejudice.

                                   KINIKIA ESSIX
                                   CLERK OF COURT

                         By:   s/Holly A. Ryan
                                   Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  June 22, 2026
Detroit, Michigan

1